No. 87–6811.  SMEGO *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 87–6824.  PRINCE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 87–6863.  TROTZ, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TROTZ *v.* LAWRUK ET AL., T/A PENN ALTO HOTEL.  C. A. 3d Cir.  Certiorari denied.

No. 87–6879.  ANDERSON *v.* LOVE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–6880.  NUNEZ *v.* SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 87–6893.  SAUNDERS *v.* CASTLE, GOVERNOR OF DELAWARE, ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 87–6900.  PERKINS *v.* CLARKE, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 87–6903.  MARTIN *v.* SHANK ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–6909.  BATTLE *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 87–6910.  ABDUL-MATIYN *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL.; and ABDUL-MATIYN *v.* NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–6916.  BELT *v.* UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 87–6917.  MARCUS *v.* COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 87–6918.  BURY *v.* CITY OF LAKELAND, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.